IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MEYER NATURAL FOODS, LLC, AND
CRUM & FORSTER SPECIALTY
INSURANCE COMPANY,

                    Plaintiffs,

          vs.

LIBERTY MUTUAL FIRE INSURANCE
COMPANY,

                    Defendant.

**4:15CV3116**


**ORDER**


IT IS ORDERED:

1)      The defendant's unopposed motion to transfer the trial and proceedings for this case to Omaha, (Filing No. 5), is granted.

2)      This case is assigned to the court's Omaha trial docket.


October 13, 2015.

                              BY THE COURT:

                              *s/ Cheryl R. Zwart*
                              United States Magistrate Judge