IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MEYER NATURAL FOODS, LLC, AND CRUM & FORSTER SPECIALTY INSURANCE COMPANY,<br><br>    Plaintiffs,<br><br>  vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>    Defendant. | 8:15CV3116<br><br>**ORDER** |

  After conferring with counsel,

  IT IS ORDERED that if this case is still pending following the court's ruling Defendant motion for judgment on the pleadings, (Filing No. 27), within ten days after that ruling, counsel shall schedule a conference call with the court to discuss whether the parties are mutually interested in alternative dispute resolution and/or any necessary amendments to the current case progression schedule.

  August 16, 2016.

                    BY THE COURT:

                    *s/ Cheryl R. Zwart*
                    United States Magistrate Judge